UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 8:22-cv-00508-SB-PLA | Date: | June 15, 2022 |
|---|---|---|---|

| Title: | *Yogurtland Franchising, Inc. v. Ramanjit Brar* |
|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|

| Jennifer Graciano | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** [In Chambers] ORDER TO SHOW CAUSE

The mandatory scheduling conference (MSC) in this case is scheduled for June 24, 2022. A Rule 26(f) Report was filed ten days beforehand, but it appears as though only Plaintiff prepared, signed, and filed the Report. Dkt. No. 28. This violates the MSC Order in this case, as the Report is required to be submitted jointly.

The Court's Civil Standing Order states that

[i]f, without satisfactory explanation, counsel fail to file the required Joint Rule 26(f) Report . . . or otherwise fail to comply with judicial orders or rules, the Court shall take any action it deems appropriate, including: (i) dismissal of the case for failure to prosecute, if the failure occurs on the part of the plaintiff; (ii) striking the answer resulting in default if such failure occurs on the part of the defendant; and/or (iii) imposing monetary sanctions against the offending party and counsel.

Accordingly, the Court hereby **orders Defendant to show cause** (OSC) why Defendant and/or his counsel should not be sanctioned, including the striking of the answer and/or the imposition of monetary sanctions, for the failure to participate in preparing the Report. Defense counsel must file a written response to the OSC by not later than **June 21, 2022** at **10:00 a.m**. The hearing on the OSC will be held concurrently with the MSC on **June 24, 2022**.

Defendant should also be prepared to address, in his written response to the OSC and at the hearing, his concerning lack of responsiveness as described in the Report.  *See* Dkt. No. 28 (describing Defendant's lack of responsiveness).

**IT IS SO ORDERED**.