Bobby Samini, Bar No. (SBN 181796)
Bobby.samini@saminilaw.com
**THE SAMINI FIRM, APC**
650 Town Center Drive, Suite 1500
Costa Mesa, California 92626
Telephone:  +1 949 724 0900
Facsimile:  +1 949 724 0901

Attorneys for Defendant
Ramanjit Brar

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| YOGURTLAND FRANCHISING, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>RAMANJIT BRAR, an individual,<br><br>Defendant. | Case No. 8:22-cv-00508-SB-PLA<br><br>Hon. Stanley Blumenfeld, Jr.<br>Courtroom 6C<br><br>**DEFENDANT RAMANJIT BRAR'S RESPONSE TO ORDER TO SHOW CAUSE RE: SANCTIONS**<br><br>Complaint filed:  March 29, 2022<br>Answer filed:  May 12, 2022<br>MSC:  June 24, 2022 at 8:30 a.m. |

Defendant Ramanjit Brar ("Defendant") and his counsel Bobby Samini hereby respond to the Court's June 15, 2022 Order to Show Cause re Sanctions, (Dkt. No. 29).

On June 1, 2022, counsel for Plaintiff contacted Defendant's counsel, Bobby Samini, by email to arrange a time to conduct the Rule 26 Conference. On June 3, 2022, Bobby Samini responded by email asking Plaintiff's counsel for times on June 3 to conduct the conference or alternatively to provide a draft of the Rule 26 Report for review. Plaintiff's counsel did follow up by email during the week of June 6, 2022. Unfortunately, Defendant's counsel was unexpectedly out of the office on June 8, 9 and a portion of June 10 to attend to an emergency personal matter related Plaintiff's counsel's minor daughter. The following week Defendant's Counsel was scheduled and did travel to New York to attend depositions through Friday, June 17, 2022.

As a result of Plaintiff's counsel's unexpected family emergency and work travel the following week, Plaintiff's counsel did not effectively communicate internally with staff and with Plaintiff's counsel to ensure that the Rule 26 Conference was completed, and the Joint Report filed. This failure was solely attributed to Defendant's counsel.

Defendant has reviewed the Rule 26 Report and will serve Initial Disclosures prior to the hearing on June 24, 2022.

In light of the foregoing, the Defendant and Defendant's counsel respectfully requests that the Court does not issue sanctions in this matter. Alternatively, the Defendant and Defendant's counsel respectfully request that should the Court issue sanctions that such sanctions be monetary and only as against Defendant's Counsel.

Dated: June 21, 2022

BOBBY SAMINI
Attorneys for Defendant
RAMANJIT BRAR